1 | RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
2 | rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
3 | Nevada Bar No. 10089
jinsley-micheri@dennettwinspear.com
4 | **DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
5 | Las Vegas, Nevada  89129
Telephone:     (702) 839-1100
6 | Facsimile:     (702) 839-1113
***Attorneys for Defendant,***
7 | ***Progressive Direct Insurance Company***

8

UNITED STATES DISTRICT COURT

9

DISTRICT OF NEVADA

10

| | |
|---|---|
| MOHAMED HYATT ETTAGHI and CSILLA ZOSK, both individually and as husband and wife, | CASE NO:  2:24-CV-01050-APG-BNW |
| Plaintiffs, | **AMENDED [PROPOSED]  DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LOCAL RULES 26-1(e)** |
| vs. | |
| PROGRESSIVE DIRECT INSURANCE COMPANY; DOE INSURANCE COMPANY I through X; DOE DRIVER I through X; DOES REGISTERED OWNERS I through X; DOES I through X; DOE EMPLOYEES/AGENTS I through XX; ROE CORPORATIONS A through Z, inclusive, | **[SPECIAL SCHEDULING REVIEW REQUESTED]** |
| Defendants. | |

        Pursuant to the Court's Local Rule 26-3 and LR 26-3, Plaintiff MOHAMED HYATT

ETTAGHI AND CSILLA ZOSK, by and through his counsel of record, Thomas Christensen, Esq.,

of the CHRISTENSEN LAW OFFICES, LLC; and DEFENDANT, PROGRESSIVE DIRECT

INSURANCE COMPANY (hereinafter "PROGRESSIVE INSURANCE"), by and through its

counsel of record, JENNIFER INSLEY MICHERI, ESQ., of the law firm of DENNETT

WINSPEAR, LLP, submit their stipulated Discovery Plan and Scheduling Order.

        **I.        The 26(f)/LR 26-1 Conference and Discovery Plan**

        1.        There are no changes to be made in the timing, form, or requirement for

1  disclosures under Rule 26(a).  On August 14, 2024, counsel for the parties met and conferred as

2  required by Fed. R. Civ. P. 26(f) and LR 26-1(d).  Plaintiffs and Defendant agreed to have their

3  respective FRCP Productions submitted within 14 days of the Conference.

4       2.     Discovery will be conducted on liability, damages, contractual claims and

5  defenses, extra-contractual claims and defenses and other topics permissible under Rule 26(A).

6  The parties agree that discovery need not be conducted in phases focused on any particular

7  issues.

8       3.     There are no concerns, at this juncture, regarding the production of electronically

9  stored discovery.

10       4.     There are no concerns, at this juncture, regarding the claim of privilege or

11  necessity for protective orders at this time.

12       5.     The parties do not anticipate any potential limitations to be imposed on discovery.

13       6.     Estimated time for trial: five (5) full trial days.

14       7.     The parties agreed that there is no need for orders, at this juncture, to be issued

15  under Rule 26(c) or Rule 16(b) and (c), although the parties reserve the right to seek such orders

16  as discovery continues.

17       8.     Alternate Dispute Resolution:  The parties conferred about the possibility of using

18  alternative dispute-resolution processes and at this time have not come to any agreement

19  regarding the same.

20       9.     Alternate Forms of Case Disposition:  The parties do not consent to trial by a

21  magistrate judge under 28 U.S.C. §636 (c) and Fed. R. Civ. P. 73 and the use of the Short Trial

22  Program (General Order 2013-01).

23       10.    Electronic Evidence.  The parties do not intend to present evidence in electronic

24  format to jurors for the purpose of jury deliberations at this time.

25  **II.**     **The Scheduling Order**

26       1.     Defendants filed its Answer on July 17, 2024.  240 days will be needed for

27  discovery.  The parties hereby request an expanded discovery period not only so that following

28  receipt of executed authorizations for the release of Plaintiff's relevant pre and post-accident

2

1  medical treatment records and bills, Defendant is able to obtain Plaintiff's medical records and

2  bills, as well as complete a review and evaluation of Plaintiff's claims in connection with this

3  matter, and potential allegation of need for future care, but due to the questions and information

4  sought regarding the extra-contractual allegations pending against Progressive at issue in this

5  case, and which further justify an expanded discovery period as respectfully requested herein,

6  which is supported by good cause accordingly.

7       In addition once records and bills are obtained from numerous providers, further time is

8  necessary in order for the parties to provide experts with relevant records for expert review and

9  evaluation, including pre-accident records and regarding prior medical conditions, followed by an

10  independent medical examination of potentially Plaintiff, by Defendant's expert[s].

11       2.       Discovery Cut Off Date: The discovery cut-off deadline will be Friday, March 12,

12  2025 which is 240 days after Defendant filed its Answer.

13       3.       Amending the Pleadings and Adding Parties: The last date for filing motions to

14  amend the pleadings or add parties shall not be later than 90 days prior to the close of discovery.

15  In this action, the last date for filing motions to amend the pleadings or add parties shall be

16  Friday, December 12, 2024.

17       4.       Fed. R. Civ. P. 26(a)(2) Disclosures (Experts): The last date for disclosure of

18  expert witnesses shall be 60 days before the discovery cut-off date.  In this action, the last date

19  for disclosure of experts shall be January 13, 2025.[1]  Disclosures with respect to rebuttal experts

20  shall be made 30 days after the initial disclosures or experts, or by February 12, 2025.

21       5.       Dispositive Motions: The last date for filing dispositive motions shall not be later

22  than 30 days after the discovery cut-off.  In this action, the last date for filing dispositive motions

23  will be April 11, 2025.

24       6.       Pre-Trial Order: The joint pre-trial order shall be filed no later than 30 days after

25  the date set for filing dispositive motions.  In this action, the joint pre-trial order shall be filed on

26

27

[1] 60 days before the discovery deadline is Saturday, January 11, 2025, as such the deadline will be set for the next judicial day, which is Monday, January 13, 2025.

28

3

1  or before Monday May 12, 2025.[2]  In the event dispositive motions are filed, the date for filing the

2  joint pre-trial order shall be suspended 30 days after decision of the dispositive motion or further

3  order of the Court.

4       7.    Fed. R. Civ. P. 26(a)(3) Disclosures: The disclosures required by Fed. R. Civ. P.

5  26(a)(3) and any objections thereto shall be included in the pre-trial order.

6       8.    Any request to extend the dates set forth in this Discovery Plan and Scheduling

7  Order shall be submitted to the Court not later than 21 days before the expiration of the subject

8  deadline sought to be extended.

9  **INTITIAL DISCLOSURES AND DISCOVERY**

10  Initial Disclosures shall be made on or before August 30, 2025.  Objections to Initial

11  Disclosures will be filed within ten days after the submission of the Joint Discovery Plan and

12  Scheduling Order, if any.  (Fed. R. Civ. P. 26(f)(3)(A)).

13  The parties anticipate conducting written discovery and depositions on all issues allowed

14  under the Federal Rules of Civil Procedure.  (Fed. R. Civ. P. 26(f)(3)(B)).

15  The parties hereto will submit a stipulated protective order and confidentiality agreement

16  (previously provided to counsel) to be filed with the Court prior to the disclosure of Defendant's

17  materials regarding Plaintiff's contractual and extra-contractual claims against Defendant.  (Fed.

18  R. Civ. P. 26(f)(3)(D)).

19  There are currently no issues which parties are aware of regarding discovery of

20  electronically stored information or claims of privilege/protection of trial preparation materials.

21  (Fed. R. Civ. P. 26(f)(3)(C-D)).

22  There are currently no changes which should be made in the limitations on discovery

23  imposed by the Federal or Local Rules of practice and no additional orders that this Court should

24  issue at this time.  (Fed. R. Civ. P. 26(f)(3)(E-F)).

25  . . .

26  . . .

27
28  [2] 30 days after the discovery deadline is Sunday, May 11, 2025, as such the deadline will be set for the next judicial day, which is Monday, May 12, 2025.

1    DATED this <u>10th</u> day of September, 2024.        DATED this <u>11th</u> day of September, 2024.

2    **QUALEY LAW GROUP**                              **DENNETT WINSPEAR, LLP**

3

4    By___<u>/s/ Robert s. Qualey</u>_____        By_____
     Robert S. Qualey, Esq.                            JENNIFER INSLEY MICHERI, ESQ.
5    Nevada Bar No. 3570                                Nevada Bar No. 10089
     711 Mall Ring Circle, Suite 200                    3301 N. Buffalo Drive, Suite 195
6    Henderson, Nevada 89014                            Las Vegas, Nevada  89129
     ***Attorneys for Plaintiffs,***                    Telephone :(702) 839-1100
7    ***Mohamed Hyatt Ettaghi and***                    Facsimile: (702) 839-1113
     ***Csilla Zsok***                                  **Attorneys for Defendants**
8                                                       ***PROGRESSIVE MUTUAL AUTOMOBILE***
                                                        ***INSURANCE COMPANY***
9

10

11

12                                   **ORDER**

13           Good cause appearing therefore, IT IS SO ORDERED.

14

15           DATED this __13__ day of __September__, 2024.

16                                               _____
                                                 UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Theresa Amendola

| | |
|---|---|
| **From:** | rqualey@qualeylawfirm.com |
| **Sent:** | Tuesday, September 10, 2024 6:52 PM |
| **To:** | Jennifer Insley Micheri |
| **Cc:** | Marisa McGuigan; Anthony Amendola; 65f519d3e+matter1721670080 @maildrop.clio.com; Ashley Marchant; Theresa Amendola; Ryan Dennett |
| **Subject:** | RE: Ettachi v Progressive - Case No. 2:24-cv-01050-APG-BNW |

Sorry for the late response - It is OK to add my e-signature


-----Original Message-----
From: "Jennifer Insley Micheri" <jinsley-micheri@dennettwinspear.com>
Sent: Tuesday, September 10, 2024 10:42am
To: "Marisa McGuigan" <mmcguigan@qualeylawfirm.com>
Cc: "rqualey@qualeylawfirm.com" <rqualey@qualeylawfirm.com>, "Anthony Amendola" <aamendola@dennettwinspear.com>, "65f519d3e+matter1721670080@maildrop.clio.com" <65f519d3e+matter1721670080@maildrop.clio.com>, "Ashley Marchant" <amarchant@dennettwinspear.com>, "Theresa Amendola" <tamendola@dennettwinspear.com>, "Ryan Dennett" <rdennett@dennettwinspear.com>
Subject: RE: Ettachi v Progressive - Case No. 2:24-cv-01050-APG-BNW

Robert,

This is the format necessary under the Rules and LR.  Please review and advise if we have your authority to submit with your e-sign.

Also, I note that we do not have a copy of Plaintiff's initial productions following the 8/14/24 26(f) Conference.  Please forward Plaintiff's initial productions upon receipt of this email.

Feel free to contact me should you wish to discuss further.

Jennifer Insley Micheri, Esq.



3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
702.970.7711 - Direct
702.839.1100 - Main
702.839.1113 - Fax

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message may be an Attorney-Client communication, or may be an Attorney Work Product, and is therefore privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you received this message in error, please notify the sender immediately by return email, delete the message and return any hard copy printouts to the address above. Thank you.

**From:** Marisa McGuigan
**Sent:** Monday, September 09, 2024 10:00 AM

1