JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:	(702) 839-1100
Facsimile:	(702) 839-1113
***Attorneys for Defendant,***
***Progressive Direct Insurance Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED HYATT ETTAGHI and CSILLA ZOSK, both individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; DOE INSURANCE COMPANY I through X; DOE DRIVER I through X; DOES REGISTERED OWNERS I through X; DOES I through X; DOE EMPLOYEES/AGENTS I through XX; ROE CORPORATIONS A through Z, inclusive,<br><br>Defendants. | CASE NO:  2:24-CV-01050-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between ROBERT S. QUALEY, ESQ., of the law firm of QUALEY LAW GORUP, attorneys for Plaintiffs, MOHAMED HYATT ETTAGHI and CSILLA ZOSK and JENNIFER INSLEY MICHERI, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, PROGRESSIVE DIRECT INSURANCE COMPANY,

…

…

…

…

…

…

that the within matter be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 30th day of June, 2025.

**QUALEY LAW GROUP**

By  /s/ Robert S. Qualey
ROBERT S. QUALEY, ESQ.
Nevada Bar No. 3570
711 Mall Ring Circle, Suite 200
Henderson, Nevada  89014
***Attorneys for Plaintiffs,***
***Mohamed Hyatt Ettaghi and Csilla Zsok***

DATED this 30th day of June, 2025.

**DENNETT WINSPEAR, LLP**

By  /s/ Jennifer Insley Micheri
JENNIFER INSEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
***Attorneys for Defendant,***
***Progressive Direct Insurance Company***

### ORDER

Good cause appearing therefore, that the within matter be, and is hereby DISMISSED WITH PREJUDICE, each party to bear their own attorneys' fees and costs

IT IS SO ORDERED.

DATED July 1, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

**DENNETT WINSPEAR, LLP**

By  /s/ Jennifer Insley Micheri
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
***Attorneys for Defendant, Progressive Direct Insuran***

2